

**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,   Criminal No. 25-20725

        Plaintiff,   Honorable Matthew F. Leitman

v.

        Violations: 18 U.S.C. § 2339B(a)(1)
Ammar Abdulmajid-Mohamed Said,           18 U.S.C. § 842(p)(2)

        Defendant.
_____/

## Defendant's Acknowledgment of ~~Indictment~~ Information

I, Ammar Abdulmajid-Mohamed Said, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One**: Attempting to Provide Material Support to a Foreign Terrorist Organization, up to 20 years in prison, a $250,000 fine, or both.

**Count Two**: Distribution of Information Relating to Destructive Devices, up to 20 years in prison, a $250,000 fine, or both.

_____
Ammar Abdulmajid-Mohamed Said

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 10/10/25   Counsel for Defendant: _____